# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SEARCH WARRANTS | ) | Nos. M-20-143, M-20-159, |
| | ) | M-20-160, M-20-179, |
| | ) | M-20-427, M-20-428, |
| | ) | M-20-481, M-21-140, |
| | ) | M-21-227 |
| | ) | |

## APPLICATION TO UNSEAL SEARCH MATERIALS

The United States respectfully moves to unseal the search warrant applications, supporting affidavits, search warrants, and any related filings in these matters **as to the defendants, Steven Mesrop, Mirna Habib, Robert Vinnik, Katayun Oskoi, Carolina Mesrop, Dijon Shepard, and their attorneys only**, which were ordered sealed by this Court.

On April 8, 2021, a Grand Jury returned an indictment alleging that the defendants committed wire fraud and wire fraud conspiracy, among other violations. *United States v. Mesrop, et. al*, No. 21-95-D (W.D. Okla.). Reasons for sealing the search warrant materials still exist because the search warrants contain personally identifiable information and refer to matters that are under ongoing investigation. Nonetheless, the Court should unseal the search warrant materials as to the defendants and their attorneys so that they may review the materials in preparation for their defense.

Therefore, the United States requests that this Court enter an order unsealing the search warrant applications, supporting affidavits, search warrant, and any other filings in in the matters identified in the caption **as to Steven Mesrop, Mirna Habib, Robert Vinnik, Katayun Oskoi, Carolina Mesrop, Dijon Shepard, and their attorneys.**

Respectfully submitted,

ROBERT J. TROESTER
Acting United States Attorney

s/William E. Farrior
Assistant United States Attorney
Bar Number: 22137
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8754 (Office)
(405) 553-8888 (Fax)
William.Farrior@usdoj.gov